IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE C. SHANNON, | ) | 4:09CV3034 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Filing 37.) Plaintiff requests fees in the total amount of $6,694.80, which represents 31.15 hours of work by her attorney at an average hourly rate of $173.22,[1] plus 14.63 hours of paralegal time at an average hourly rate of $23.80, plus 47.63 hours of law clerk time at an average hourly rate of $20.00. It is requested that payment be made directly to Plaintiff's counsel. Defendant does not oppose Plaintiff's application. *See* filing 40.

The court has determined that Plaintiff was indeed the prevailing party in this action, as the Commissioner's decision was reversed and matter remanded for further proceedings; that the position of the Commissioner was not substantially justified; that the application for fees was filed in a timely fashion; and that Plaintiff's net worth did not exceed $2 million when the action was filed. Plaintiff therefore is entitled to an award of reasonable attorney fees.

Accordingly,

---

[1] This average hourly rate equals the statutory maximum of $125.00, adjusted for inflation since March 1996.

IT IS ORDERED that:

1.  Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (filing 37) is granted.

2.  By separate document, the court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $6,694.80, to be paid directly to Plaintiff's counsel.

May 27, 2010                              BY THE COURT:

                                          *Richard G. Kopf*
                                          United States District Judge